THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID R. McGEE, Appellant. [844 NYS2d 736]—Appeal from a judgment of the Niagara County Court (Angelo J. Morinello, A.J.), rendered November 17, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Gorski, J.P., Martoche, Smith, Peradotto and Green, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD C. SPICER, Appellant. [844 NYS2d 736]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered January 10, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Gorski, J.P., Martoche, Smith, Peradotto and Green, JJ.